JAMES LEWIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and P. VINCENT GARDNER, as Assistant Director of the Department of Social Welfare of the City of Buffalo, Appellant.— Judgment affirmed, with costs. All concur. (The judgment directs the county treasurer to pay to plaintiff

money deposited with him in an action to recover death benefit under two insurance policies.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.